# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

LaSHAYE BLAKE, on behalf of D.B.                    **PLAINTIFF**

v.                        **CASE NO. 3:10CV00198 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                    **DEFENDANT**


## JUDGMENT


Plaintiff LaShaye Blake's appeal, on behalf of her minor son D.B., is denied and

judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security

Administration.

DATED this 18th day of October, 2011.


_____
UNITED STATES MAGISTRATE JUDGE